1 | TERRY GODDARD
ATTORNEY GENERAL

2

PAUL E. CARTER (014140)
3 | Assistant Attorney General
N. Church Avenue, Suite 1105
4 | Tucson, AZ  85701-1114
(520) 388-7128 • Fax (520) 628-6050
5 | paul.carter@azag.gov

6 | Attorneys for Defendants

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 9    Robert V. Tuzon, | No. CV 04-235-TUC-FRZ |
| 10          Plaintiff, | |
| 11    v. | **STIPULATION FOR DISMISSAL** |
| 12    Librarian Frye, et al., | |
| 13          Defendants. | |

14

15        Defendants, through undersigned counsel, and Plaintiff Robert V. Tuzon, pursuant

16  to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Settlement Agreement and Release dated July

17  20, 2009, hereby stipulate and agree to dismiss the above-captioned proceeding with

18  prejudice, each side to bear their own fees and costs.

19        RESPECTFULLY SUBMITTED this 20th day of July, 2009.

20

21  Robert V. Tuzon
    Plaintiff

22

23  TERRY GODDARD
    ATTORNEY GENERAL
24

25  /s/Paul E. Carter
    PAUL E. CARTER
    Assistant Attorneys General
26  Attorneys for Defendants

1  Original e-filed this 20th day
   of July, 2009, with:
2
   Clerk of the Court
3  UNITED STATES DISTRICT COURT
   District of Arizona
4  401 West Washington Street, SPC 1
   Phoenix, AZ 85003-2118
5
   Copy mailed the same date to:
6
   Robert V. Tuzon
7  P.O. Box 43061
   Tucson, AZ 85733
8

9  s/Colleen S. Jordan
   IDS06-0214/ G2005-20917/ 513139
10 #513139

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26